# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UGI SUNBURY, LLC,<br><br>Plaintiff.<br><br>v.<br><br>A PERMANENT EASEMENT FOR 0.1832 ACRES, AND TEMPORARY CONSTRUCTION AND ACCESS EASEMENT FOR 0.2521ACRES IN ANTHONY TOWNSHIP, MONTOUR COUNTY, PENNSYLVANIA TAX PARCEL NO. 1-6-70,<br><br>DENNIS W. BEACHEL,<br><br>MELISSA K. BEACHEL,<br><br>THE TURBOTVILLE NATIONAL BANK,<br><br>AND ALL UNKNOWN OWNERS,<br><br>Defendant. | No. 3:16-CV-00795<br><br>(Judge Brann) |

## ORDER

**AND NOW**, this 22nd day of February, 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion in Liminie to Exclude Defendant's Expert Report and Testimony, ECF No. 49, is **DENIED.**

2. Defendant's Motion in Limine to Exclude UGI's Expert Report and Testimony, ECF No. 45, is **DENIED.**

3. Resolution of Defendant's Motion in Limine to Use Pennsylvania Law, ECF No. 47, is **STAYED** pending the decision of the United States Court of Appeals for the Third Circuit in *Tennessee Gas Pipeline Co. v. Permanent Easement for 7.053 Acres*, No. 17-3700.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge